MANQUEEN CORPORATION v. LUCY B. KRAUSE et al.

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CLARA F. BUTLER v. NEW YORK LIFE INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ALBERT S. OSHRIN v. CELANESE CORPORATION OF AMERICA, Impleaded with Others.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EXPORT SYNDICATE OF STEEL PRODUCERS, INC., v. DILSIZIAN, INC.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM B. ROULSTONE v. NORTHERN TERMINAL CORPORATION OF NEW YORK et al., Impleaded with Others.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

J. A. KIRSCH, LTD., v. JOHN A. KELLER, Doing Business Under the Name of ELKAYO FRUIT FARM. THE FIDELITY & CASUALTY COMPANY OF NEW YORK. JACOB A. KIRSCH.—

Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of VIVIAN H. HOOKS. GUARANTY TRUST COMPANY OF NEW YORK.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BENJAMIN LUSTFOGEL v. HARRY BODEK et al. and SYLVIA BLEIWEIS et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CAMILLA P. SHERIDAN v. THOMAS A. CARBERRY.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN RANDOLPH v. ROYCE HAULAGE CORPORATION.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NICHOLAS DESTEFANO v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America.

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.